IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-24756 |
| Jacqualine M. McAlister, | : | |
| Debtor | : | |
| | : | Chapter 13 |
| Jacqualine M. McAlister, | : | |
| Movant | : | Doc No. |
| | : | Related to Document No. |
| v. | : | |
| | : | |
| Kane Community Living Center and | : | |
| Ronda J. Winnecour, Trustee, | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, Melanie E. Rozgonyi, Legal Assistant to Dennis J. Spyra, Esquire do hereby certify that I have served a copy of the ***Order to Pay Trustee*** upon the following individuals this 2nd day of January, 2019 via US Mail, postage prepaid.

Office of the US Trustee
1001 Liberty Avenue
Liberty Ctr., Ste. 970
Pittsburgh, PA  15222

Ronda J. Winnecour
3250 USX Tower
600 Grant Street
Pittsburgh, PA  15219

Kane Community Living Center
ATTN: Payroll Department
100 9th Street
McKeesport, PA 15132


Dated: <u>January 2, 2019</u>                             By:/s/Melanie Rozgonyi
                                                           Melanie Rozgonyi, Legal Assistant to
                                                           Dennis J. Spyra, Esquire
                                                           PA ID # 46188
                                                           119 First Avenue
                                                           Pittsburgh, PA  15222
                                                           412-471-7675