FILED
7/22/20 2:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** JACQUALINE M. MCALISTER
- **Case Number:** 18-24756-GLT   **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JULY 16, 2020  09:00 AM  3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

#12 - Continued Confirmation of Plan Dated 12/11/2018 (NFC)
R/M #: 12 / 0

**Appearances:**

- Debtor: Spyra
- Trustee: (Winnecour) / Pail / Katz / DeSimone
- Creditor:

**Proceedings:**

Outcome: Continued

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. ____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by **7-31-20**
   Objections are due on or before **August 21, 2020**
   A hearing on the Amended Plan is set for **SEPT. 10, 2020** at **11:30 A.M.**
9. ____ Contested Hearing: _____ at _____.
10. ____ Other:

7/10/2020   8:08:54AM