**Form 005**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jacqualine M. McAlister**
  Debtor(s)

Bankruptcy Case No.: 18–24756–GLT
Chapter: 13
Related to Document No.:
Concil. Conf.: September 10, 2020 at 11:30 AM

## ORDER

On July 16, 2020, a Conciliation Conference was conducted on the December 11, 2018 Plan, at which time the Chapter 12/13 Trustee recommended that an Amended Plan is necessary.

**AND NOW,** this **The 22nd of July, 2020**, it is hereby ***ORDERED, ADJUDGED*** and ***DECREED*** that:

(1)  ***On or before July 31, 2020,*** the Debtor(s) shall file and serve a copy of this ***Order*** and an ***Amended Plan*** on the Chapter 13 Trustee and all Parties listed on the *Current Official Mailing Matrix*.  The Debtor(s) shall also complete and file the accompanying ***Certificate of Service***.

(2)  ***On or before August 21, 2020,*** all ***Objections*** to the *Amended Plan* must be filed and served on the Debtor(s), Chapter 13 Trustee, and any creditor whose claim is the subject of the *Objection*.  Untimely objections will not be considered.

(3)  ***On September 10, 2020 at 11:30 AM ,*** a Conciliation Conference on the Debtor(s)' *Amended Plan* is scheduled in the remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

(4)  If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party.  Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation Conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

(5)  Failure to timely file an *Amended Plan* and *Certificate of Service* shall result in the imposition of sanctions, which may include dismissal or conversion of the case, an order of contempt, monetary sanctions or other remedial measures.

(6)  THE DATE OF CONCILIATION GIVEN DURING THE CONFERENCE IS CHANGED TO 9/10/2020

Dated: July 22, 2020

cm: Debtor
    Counsel for Debtor

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 18-24756-GLT
Jacqualine M. McAlister                                         Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: jhel            Page 1 of 1           Date Rcvd: Jul 22, 2020
                              Form ID: 005          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2020.
```
db              +Jacqualine M. McAlister,   88 North Broadway Ave,   North Versailles, PA 15137-1839
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
NONE.                                                                                TOTAL: 0
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2020                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2020 at the address(es) listed below:
```
        Dennis J. Spyra   on behalf of Debtor Jacqualine M. McAlister attorneyspyra@dennisspyra.com,
         deborah@dennisspyra.com;missdebrastone@msn.com
        James  Warmbrodt   on behalf of Creditor   Cenlar as servicer for Union Home Mortgage Corp.
         bkgroup@kmllawgroup.com
        James  Warmbrodt   on behalf of Creditor   Union Home Mortgage Corp. bkgroup@kmllawgroup.com
        Keri P. Ebeck   on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
         jbluemle@bernsteinlaw.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
        S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
         srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                            TOTAL: 7
```