IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 18-24756-GLT |
| JACQUALINE M. McALISTER, | Chapter 13 |
| Debtor. | |
| ALLY FINANCIAL, | |
| Movant, | |
| | Related to Doc. No. 47 |
| vs. | |
| JACQUALINE M. McALISTER, JOSEPH R. PALLKA, and RONDA J. WINNECOUR, TRUSTEE, | |
| Respondents. | |

**NOTICE OF VIDEO CONFERENCE HEARING AND RESPONSE DEADLINE REGARDING MOTION OF ALLY FINANCIAL FOR RELIEF FROM THE AUTOMATIC STAY AND FOR CO-DEBTOR RELIEF *(MODIFIED PROCEDURES FOR REMOTE PARTICIPATION)* EFFECTIVE OCTOBER 1, 2020**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than April 4, 2021 (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A video conference hearing will be held on May 5 2021, at 2:00 p.m. before Judge Gregory L. Taddonio. All parties wishing to appear by video conference must register by submitting a video conference registration form via the link 10 published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) no later than 4 p.m. on the business day prior to a scheduled hearing. All counsel and parties participating by video conference shall comply with Judge Taddonio's Modified Procedures for Remote Participation (effective October 1, 2020), (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc-appearances.pdf).

TADMS:5476838-1 024035-191215

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date. Date of service:

Dated:  March 18, 2021                                     Attorney for Movant

/s/ Maribeth Thomas
Maribeth Thomas, Esquire
Pa. ID No. 208376
TUCKER ARENSBERG P.C.
1500 One PPG Place
Pittsburgh, PA 15222
mthomas@tuckerlaw.com
(412) 566-1212