IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 18-24756-GLT |
| JACQUALINE M. McALISTER, | Chapter 13 |
| Debtor. | |
| ALLY FINANCIAL, | |
| Movant, | |
| vs. | Related to Doc. No. 47 |
| JACQUALINE M. McALISTER, JOSEPH R. PALLKA, and RONDA J. WINNECOUR, TRUSTEE, | |
| Respondents. | |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR CO-DEBTOR RELIEF [DOC. NO. 47]**

I, the undersigned, certify that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay and for Co-Debtor Relief (the "**Motion**") filed on March 18, 2021, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no further answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than April 4, 2021.

Based upon the foregoing, Ally Financial respectfully requests that the Order attached to the Motion be entered by the Court.

Dated: April 6, 2021

Attorney for Movant

Maribeth Thomas, Esquire
Pa. ID No. 208376
TUCKER ARENSBERG P.C.
1500 One PPG Place
Pittsburgh, PA  15222
mthomas@tuckerlaw.com
(412) 566-1212

TADMS:5476838-1 024035-191215