IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 18-24756-GLT |
| JACQUALINE M. McALISTER,<br>　　　Debtor. | Chapter 13 |
| ALLY FINANCIAL,<br>　　　Movant, | |
| vs. | Related to Doc. No. 55 |
| JACQUALINE M. McALISTER,<br>JOSEPH R. PALLKA, and<br>RONDA J. WINNECOUR, TRUSTEE,<br>　　　Respondents. | |

**CERTIFICATE OF SERVICE**

　　　I, Maribeth Thomas, hereby certify under penalty of perjury that, on the 8th day of April, 2021, I served a copy of Default Order on Motion for Relief from the Automatic Stay upon parties in interest via the Court's automatic CM/ECF notification system and upon the following parties at the addresses listed below via First Class U.S. mail, postage prepaid.

| | | |
|---|---|---|
| Jacqualine M. McAlister<br>88 North Broadway Avenue<br>North Versailles, PA  15137 | Dennis J. Spyra<br>119 First Avenue<br>Pittsburgh, PA  15222 | Joseph R. Pallka<br>88 North Broadway Avenue<br>North Versailles, PA  15137 |
| U.S. Trustee<br>Office of United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 670<br>Pittsburgh, PA 15222 | Ronda J. Winnecour, Trustee<br>Suite 3250 USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | |

Executed on: April 8, 2021　　　　　　　　　　　TUCKER ARENSBERG, P.C.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Maribeth Thomas*
　　　　　　　　　　　　　　　　　　　　　　　Maribeth Thomas, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Pa. ID No. 208376
　　　　　　　　　　　　　　　　　　　　　　　1500 One PPG Place
　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15222
　　　　　　　　　　　　　　　　　　　　　　　mthomas@tuckerlaw.com
　　　　　　　　　　　　　　　　　　　　　　　(412) 566-1212

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Ally Financial*

TADMS:5494032-1 024035-191275