FILED
4/7/21 3:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 18-24756-GLT |
| JACQUALINE M. McALISTER, | Chapter 13 |
| Debtor. | |
| ALLY FINANCIAL, | |
| Movant, | |
| vs. | Related to Doc. No. 47 |
| JACQUALINE M. McALISTER, JOSEPH R. PALLKA, and RONDA J. WINNECOUR, TRUSTEE, | |
| Respondents. | |

**DEFAULT ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

AND NOW, this __7th__ day of __April__, 2021, upon no response objecting to Ally Financial's Motion for Relief from the Automatic Stay and for Co-Debtor Relief (the "**Motion**") having been timely filed by an interested party, and upon Ally Financial's certification of service and certification of no objection, it is hereby ORDERED that the Motion is granted insofar as it requests relief from the automatic stay imposed by 11 U.S.C. § 362(d), and the co-debtor stay afforded by 11 U.S.C. § 1301, for the purpose of foreclosing its security interest in the 2016 Mitsubishi Outlander Sport with VIN JA4AR4AW9GZ033261 (the "**Vehicle**").

IT IS FURTHER ORDERED that Rule 4001(a)(3) is hereby waived to allow Ally to immediately repossess the Vehicle.

IT IS FURTHER ORDERED that, within five days of the date of this Order, Ally shall serve a copy of this Order on parties in interest, unless they are otherwise served, and file a certificate of service.

Prepared by: __Maribeth Thomas, Esq.__

DEFAULT ENTRY

Dated: April 07, 2021

Gregory L. Taddonio    hct
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24756-GLT |
| Jacqualine M. McAlister | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 1 of 2 |
| Date Rcvd: Apr 07, 2021 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14969526 | Email/Text: ally@ebn.phinsolutions.com | Apr 08 2021 02:19:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 09, 2021                    Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Union Home Mortgage Corp. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Cenlar as servicer for Union Home Mortgage Corp. bnicholas@kmllawgroup.com |
| Dennis J. Spyra | on behalf of Debtor Jacqualine M. McAlister attorneyspyra@dennisspyra.com deborah@dennisspyra.com;missdebrastone@msn.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Maribeth Thomas | on behalf of Creditor Ally Financial mthomas@tuckerlaw.com  maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2                                  User: lfin                                Page 2 of 2
Date Rcvd: Apr 07, 2021                      Form ID: pdf900                     Total Noticed: 1

S. James Wallace
                          on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 8