| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Jacqualine M. McAlister<br>First Name   Middle Name   Last Name | Social Security number or ITIN:  xxx–xx–4493<br>EIN:  _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:  _ _ _ _<br>EIN:  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed in chapter:   13   12/11/18 |
| Case number: | 18–24756–GLT | Date case converted to chapter:   7   2/3/22 |

Official Form 309B (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                                                 10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jacqualine M. McAlister | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 88 North Broadway Ave<br>North Versailles, PA 15137 | |
| 4. | **Debtor's attorney**<br>Name and address | Dennis J. Spyra<br>1711 Lincoln Way<br>White Oak, PA 15131 | Contact phone 4126735228<br>Email:  attorneyspyra@dennisspyra.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Natalie Lutz Cardiello<br>107 Huron Drive<br>Carnegie, PA 15106 | Contact phone 412–276–4043<br>Email:  ncardiello@cardiello–law.com |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                                                 page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 2/4/22 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 14, 2022 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
| **8.**           **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 5/13/22** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):**<br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/14/22**<br><br>**Filing deadline: _____** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jacqualine M. McAlister  
    Debtor

Case No. 18-24756-GLT  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3  
Date Rcvd: Feb 04, 2022     Form ID: 309B     Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacqualine M. McAlister, 88 North Broadway Ave, North Versailles, PA 15137-1839 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Keri P. Ebeck, Bernstein-Burkley, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| aty | + | Maribeth Thomas, Tucker Arensberg PC, 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| aty | + | S. James Wallace, GRB Law, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 14963048 | | Allegheny County Treasurer, Room 108 Court House, Pittsburgh, PA 15219 |
| 15273648 | + | City of McKeesport, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14963057 | + | Comenity Bank/Victoria's Secret, Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 15273605 | + | East Allegheny School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14963060 | + | Fed Loan Service, P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 14963066 | + | Mary Ann Fetsick, Tax Collector, 1401 Greensburgh Ave., Suite 3, North Versailles, PA 15137-1630 |
| 15273609 | + | McKeesport Area School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15273607 | + | North Versailles Township, c/o Keystone Collections Group, 546 Wendel Road, Irwin PA 15642-7539 |
| 14986901 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: attorneyspyra@dennisspyra.com | Feb 04 2022 23:10:00 | Dennis J. Spyra, 1711 Lincoln Way, White Oak, PA 15131 |
| tr | + | EDI: QNLCARDIELLO.COM | Feb 05 2022 04:13:00 | Natalie Lutz Cardiello, 107 Huron Drive, Carnegie, PA 15106-1826 |
| smg | | EDI: PENNDEPTREV | Feb 05 2022 04:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 04 2022 23:10:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Feb 04 2022 23:10:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| cr | + | EDI: AISACG.COM | Feb 05 2022 04:13:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Feb 04 2022 23:10:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14969526 | | EDI: GMACFS.COM | Feb 05 2022 04:13:00 | Ally Financial, PO Box 130424, Roseville MN |

| | | | | |
|---|---|---|---|---|
| | | | | 55113-0004 |
| 14963049 | + | EDI: GMACFS.COM | Feb 05 2022 04:13:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14963050 | + | EDI: AMSHER.COM | Feb 05 2022 04:13:00 | At & T/DirecTV, c/o Amsher Collection Services, Inc., 4524 Southlake Parkway, Suite 15, Birmingham, AL 35244-3271 |
| 14963051 | + | EDI: CAPITALONE.COM | Feb 05 2022 04:13:00 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14963052 | + | EDI: CAPONEAUTO.COM | Feb 05 2022 04:13:00 | Capital One Auto Finance, 3901 Dallas Parkway, Plano, TX 75093-7864 |
| 14967369 | + | EDI: AISACG.COM | Feb 05 2022 04:13:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14971255 | | EDI: CAPITALONE.COM | Feb 05 2022 04:13:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14963912 | + | Email/Text: bankruptcy@cavps.com | Feb 04 2022 23:10:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14963053 | + | Email/Text: bankruptcy@cavps.com | Feb 04 2022 23:10:00 | Citibank, c/o Cavalry Portfolio Services, P.O. Box 27288, Tempe, AZ 85285-7288 |
| 14963055 | + | Email/Text: mediamanagers@clientservices.com | Feb 04 2022 23:10:00 | Client Services, Inc., 3451 Harry Truman Boulevard, Saint Charles, MO 63301-9816 |
| 14963056 | + | EDI: PRA.COM | Feb 05 2022 04:13:00 | Comenity, c/o Portfolio Recovery Associates, 120 Corporate Blvd. Suite 1, Norfolk, VA 23502-4952 |
| 14963543 | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 04 2022 23:10:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14963058 | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 04 2022 23:10:00 | Credit Acceptance Corp, P.O. Box 5070, Southfield, MI 48086-5070 |
| 14963059 | | EDI: DISCOVER.COM | Feb 05 2022 04:13:00 | Discover Financial Services, P.O. Box 15316, Wilmington, DE 19850 |
| 14992400 | | EDI: DIRECTV.COM | Feb 05 2022 04:13:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14966439 | | EDI: DISCOVER.COM | Feb 05 2022 04:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14991217 | | EDI: PRA.COM | Feb 05 2022 04:13:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14968070 | + | EDI: PENNDEPTREV | Feb 05 2022 04:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14968070 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 04 2022 23:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14977105 | + | Email/Text: ebnpeoples@grblaw.com | Feb 04 2022 23:10:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14963068 | | Email/Text: atemple@uhm.com | Feb 04 2022 23:10:00 | Union Home Mortgage, 8241 Dow Circle West, Strongsville, OH 44136 |
| 14996562 | | Email/Text: atemple@uhm.com | Feb 04 2022 23:10:00 | Union Home Mortgage Corp., c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618 |

TOTAL: 29

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

Certificate of Notice    Page 5 of 5

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Feb 04, 2022 | Form ID: 309B | Total Noticed: 41

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cenlar as servicer for Union Home Mortgage Corp. |
| cr | | Union Home Mortgage Corp. |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Ally Financial, PO BOX 130424, Roseville, MN 55113-0004 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14963054 | *+ | Citibank, c/o Cavalry Portfolio Services, P.O. Box 27288, Tempe, AZ 85285-7288 |
| 14963061 | *+ | Fed Loan Service, P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 14963062 | *+ | Fed Loan Service, P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 14963063 | *+ | Fed Loan Service, P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 14963064 | *+ | Fed Loan Service, P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 14963065 | *+ | Fed Loan Service, P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 14963067 | ##+ | Pressler, Felt & Warshaw, LLP, Attn: Ian Zev Winograd, Esq., 508 Prudential Road, Suite 200-B, Horsham, PA 19044-2309 |

TOTAL: 2 Undeliverable, 9 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2022            Signature:            /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Cenlar as servicer for Union Home Mortgage Corp. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Union Home Mortgage Corp. bnicholas@kmllawgroup.com |
| Dennis J. Spyra | on behalf of Debtor Jacqualine M. McAlister attorneyspyra@dennisspyra.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maribeth Thomas | on behalf of Creditor Ally Financial mthomas@tuckerlaw.com maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com |
| Natalie Lutz Cardiello | ncardiello@cardiello-law.com ncardiello@ecf.axosfs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 8