**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    JACQUALINE M. MCALISTER | Case No.:18-24756 GLT

        Debtor(s)

Ronda J. Winnecour | Document No.:
      Movant
    vs.
No Respondents.

---

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 12/11/2018  and confirmed on 01/31/2019 .  The case was subsequently     (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 30,338.40 |
| Less Refunds to Debtor | 1,478.29 | |
| TOTAL AMOUNT OF PLAN FUND | | 28,860.11 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,000.00 | |
|   Trustee Fee | 1,465.89 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,465.89 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   UNION HOME MORTGAGE CORP | 0.00 | 18,615.86 | 0.00 | 18,615.86 |
|     Acct: 6701 | | | | |
|   UNION HOME MORTGAGE CORP | 7,714.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6701 | | | | |
|   UNION HOME MORTGAGE CORP | 5,582.84 | 2,139.13 | 0.00 | 2,139.13 |
|     Acct: 6701 | | | | |
|   NORTH VERSAILLES TWP (RE TAX)* | 2.33 | 0.00 | 0.00 | 0.00 |
|     Acct: H006 | | | | |
|   NORTH VERSAILLES TWP (RE TAX)* | 18.60 | 0.00 | 0.00 | 0.00 |
|     Acct: H006 | | | | |
|   E ALLEGHENY SD(N VRSLLS TWP)RE | 3,252.84 | 772.01 | 802.23 | 1,574.24 |
|     Acct: H006 | | | | |
|   E ALLEGHENY SD(N VRSLLS TWP)RE | 683.10 | 183.94 | 0.00 | 183.94 |
|     Acct: H006 | | | | |
|   ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5055 | | | | |
|   CREDIT ACCEPTANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1205 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| | | | | 22,513.17 |
| **Priority** | | | | |
| DENNIS J SPYRA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JACQUALINE M. MCALISTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JACQUALINE M. MCALISTER | 1,478.29 | 1,478.29 | 0.00 | 0.00 |
| Acct: | | | | |
| DENNIS J SPYRA & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DENNIS J SPYRA ESQ | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DENNIS J SPYRA & ASSOCIATES | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 489.43 | 0.00 | 0.00 | 0.00 |
| Acct: 4493 | | | | |
| NORTH VERSAILLES TWP (RE TAX)* | 514.06 | 115.46 | 59.21 | 174.67 |
| Acct: H006 | | | | |
| E ALLEGHENY SD(N VRSLLS TWP)RE | 1,967.97 | 467.07 | 239.31 | 706.38 |
| Acct: H006 | | | | |
| | | | | 881.05 |
| **Unsecured** | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9336 | | | | |
| DIRECTV LLC BY AMERICAN INFOSOURC | 855.86 | 0.00 | 0.00 | 0.00 |
| Acct: 1088 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 1,507.32 | 0.00 | 0.00 | 0.00 |
| Acct: 6637 | | | | |
| CAPITAL ONE AUTO FINANCE - DIV CAPIT | 593.79 | 0.00 | 0.00 | 0.00 |
| Acct: 0255 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 1,363.43 | 0.00 | 0.00 | 0.00 |
| Acct: 3460 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 1,044.43 | 0.00 | 0.00 | 0.00 |
| Acct: 3716 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 948.69 | 0.00 | 0.00 | 0.00 |
| Acct: 8295 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 679.73 | 0.00 | 0.00 | 0.00 |
| Acct: 0027 | | | | |
| DISCOVER BANK(*) | 2,737.10 | 0.00 | 0.00 | 0.00 |
| Acct: 0333 | | | | |
| US DEPARTMENT OF EDUCATION | 27,042.26 | 0.00 | 0.00 | 0.00 |
| Acct: 4493 | | | | |
| FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0006 | | | | |
| FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0004 | | | | |
| FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0005 | | | | |
| FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0003 | | | | |
| TAX AUTH OR TYPE TAX UNKNOWN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0000 | | | | |
| PA DEPARTMENT OF REVENUE* | 32.95 | 0.00 | 0.00 | 0.00 |
| Acct: 4493 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 293.02 | 0.00 | 0.00 | 0.00 |
| Acct: 7889 | | | | |

| 18-24756 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | CITY OF MCKEESPORT (EIT) | 338.73 | 0.00 | 0.00 | 0.00 |
| | Acct: 4493 | | | | |
| | MCKEESPORT ASD (MCKEESPORT) (EIT) | 32.71 | 0.00 | 0.00 | 0.00 |
| | Acct: 4493 | | | | |
| | KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CLIENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PRESSLER FELT & WARSHAW LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                           23,394.22

TOTAL CLAIMED
PRIORITY            2,971.46
SECURED            17,253.71
UNSECURED          37,470.02

Date: 02/24/2022                              /s/ Ronda J. Winnecour

                                              RONDA J WINNECOUR PA ID #30399
                                              CHAPTER 13 TRUSTEE WD PA
                                              600 GRANT STREET
                                              SUITE 3250 US STEEL TWR
                                              PITTSBURGH, PA  15219
                                              (412) 471-5566
                                              cmecf@chapter13trusteewdpa.com