IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | : | Bankruptcy No. 18-24756-GLT | |
| Jacqualine M. McAlister, | : | | |
| | : | Chapter 7 | |
| Debtor | : | | |
| | : | | |
| Jacqualine M. McAlister, | : | | |
| Movant | : | Related to Document No. | |
| | : | | |
| v. | : | | |
| | : | | |
| No Respondent. | : | | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Dennis J. Spyra, Esq., counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By:    /s/ Dennis J. Spyra, Esq.
1711 Lincoln Way
White Oak, PA 15131
(412) 673-5228
attorneyspyra@dennisspyra.com
PA I.D. # 46188

PAWB Local Form 30 (07/13)

Credit One
P.O. Box 98875
Las Vegas, NV 98875

Surge Credit Card
P.O. Box 8099
Newark, DE 19714

Mission Lane
101 2nd Street, Suite 350,
San Francisco, CA 94105