IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 18-24756-GLT |
| | : | |
| Jacqualine M. McAlister, | : | Chapter 7 |
| | : | |
| Debtor. | : | Document No. |
| | : | |

## BANKRUPTCY RULE 1019 REPORT

And Now comes the Debtor, Jacqualine M. McAlister, by and through her attorney, Dennis J. Spyra, Esq., and files this Bankruptcy Rule 1019 Report, averring in support as follows:

1. Debtor has incurred three post-petition creditors: 1) Credit One, P.O. Box 98875, Las Vegas, NV 98875, for $58.56 and $569.29; 2) Surge Credit Card, P.O. Box 8099, Newark, DE 19714, for $774.80; and 3) Mission Lane, 101 2nd Street, Suite 350, San Francisco, CA 94105, for $640.23.

2. Debtor has updated the mailing matrix to include the post-petition creditors.

3. Counsel for the Debtor has served all creditors in this case, including the ones listed in this report, with a copy of the Chapter 7 Meeting of Creditors Notice, and has filed a certificate of service indicating such.

Wherefore, the Debtor respectfully submits the Bankruptcy Rule 1019 Report.

Respectfully Submitted,

/s/ Dennis J. Spyra, Esq.
Attorney for Debtor
1711 Lincoln Way
White Oak, PA 15131
(412) 673-5228
attorneyspyra@dennisspyra.com
PA I.D. # 46188