IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-24756-GLT |
| | : | Chapter 7 |
| Jacqualine M. McAlister, | : | |
|     Debtor, | : | |
| | : | |
| Jacqualine M. McAlister, | : | Related to Document Nos. 67, 74, 75 |
|     Movant, | : | |
| | : | |
|     v. | : | |
| | : | |
| No Respondent. | : | |

## CERTIFICATE OF SERVICE OF MEETING OF CREDITORS NOTICE

I certify under penalty of perjury that I served the above-captioned pleading on the parties at the addresses specified below or on the attached list on February 24, 2022.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

Service by First-Class Mail:

See attached list.

Service by NEF:

Office of the U.S. Trustee  
1001 Liberty Avenue  
Liberty Center, Suite 970  
Pittsburgh, PA 15222

Natalie Lutz Cardiello  
107 Huron Drive  
Carnegie, PA 15106

EXECUTED ON: February 24, 2022    By:    /s/ Dennis J. Spyra, Esq.  
Dennis J. Spyra & Associates  
1711 Lincoln Way  
White Oak, PA 15131  
(412) 673-5228  
attorneyspyra@dennisspyra.com  
PA I.D. # 46188

**PAWB Local Form 7 (07/13)**