# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Jacqualine M. McAlister**<br>                    **Debtor(s)** | **BK NO. 18-24756 GLT** |
| **Union Home Mortgage Corp.**<br>                    **Movant**<br>        **vs.** | **Chapter 7**<br><br>**Related to Doc. 85** |
| **Jacqualine M. McAlister**<br>                    **Debtor(s)** | |
| **Natalie Lutz Cardiello**,<br>                    **Trustee** | |

## CERTIFICATE OF SERVICE
## DEFAULT ORDER ON MOTION FOR RELIEF
## OF THE AUTOMATIC STAY

I, Denise Carlon, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>April 15, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Jacqualine M. McAlister
88 North Broadway Avenue
North Versailles, PA 15137

<u>Attorney for Debtor(s)</u>
Dennis J. Spyra, Esq.
3265 Long Hollow Road
Elizabeth, PA 15037

<u>Trustee</u>
Natalie Lutz Cardiello
107 Huron Street
Carnegie, PA 15106

Method of Service:  electronic means or first class mail

Dated: <u>April 15, 2022</u>

                              **/s/ Denise Carlon, Esquire**
                              Denise Carlon, Esquire
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106
                              201-549-5366
                              dcarlon@kmllawgroup.com